

Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00087-CR

**IN RE** Carlton **STROUD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  February 16, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 1, 2011, relator Carlton Stroud filed a petition for writ of mandamus, complaining about his underlying felony conviction. In 1999, relator was convicted of possession of one to four grams of cocaine and was sentenced to thirty five years' confinement. On August 8, 2001, this court dismissed the appeal in Cause No. 04-99-00712-CR after relator withdrew his notice of appeal. Therefore, relator's felony conviction became final.

Only the Texas Court of Criminal Appeals has jurisdiction over matters related to post-conviction relief from an otherwise final felony conviction. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. 1991); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2008); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910

---

[1] This proceeding arises out of Cause No. 1997-CR-3770, styled *State of Texas v. Carlton Stroud*, in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melissa Skinner presiding.

S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge a final felony conviction."). Because the relief sought in relator's petition relates to post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to consider his petition for writ of mandamus.

Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH